UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

TYSON FOODS, INC. and ) 
TYSON CHICKEN, INC., ) 
          Plaintiff, ) 
          v. ) Case No.
ELIJAH (ELI) SKAGGS, MELISSA SKAGGS, SKAGGS BROS & SONS FARMS LLC, and DOES #1-6 )
          Defendant, )

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☒ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS 1:24-cv-133 AND THAT CASE WAS ASSIGNED TO THE HONORABLE Sarah E. Pitlyk. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 08/09/2024            /s/ Kail J. Jethmalani
                                                                          Signature of Filing Party