**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| TYSON FOODS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELIJAH (ELI) SKAGGS, et al., <br><br> Defendants. | Case No.: 1:24-cv-00150-SEP |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY

Plaintiffs Tyson Foods, Inc. and Tyson Chicken, Inc. (collectively, "Tyson") and Defendants Elijah (Eli) Skaggs, Melissa Skaggs, and Skaggs Bros & Sons Farms LLC (collectively, the "Skaggs Defendants"), by and through their respective counsel, file this Notice to inform the Court that Tyson and the Skaggs Defendants reached a settlement in principle on June 30, 2025. Tyson and the Skaggs Defendants are in the process of finalizing their settlement agreement.

Accordingly, Tyson and the Skaggs Defendants respectfully request that the Court vacate or stay all motions and deadlines pending as between Tyson and the Skaggs Defendants[1] for 120 days to allow them to finalize and effectuate their settlement agreement and avoid wasteful expenditure of resources while the parties are engaged in such efforts. Tyson and the Skaggs Defendants will file a stipulation of dismissal of Tyson's claims against the Skaggs Defendants once the settlement agreement is signed and consideration has been exchanged. An appropriate order is attached to this Notice.

---

[1] The Skaggs Defendants' Motion to Dismiss and/or Stay Plaintiffs' Complaint (Dkt Nos. 19, 21, 22, 37, 38) is pending.

1

Date: July 3, 2025

Respectfully Submitted,

By: */s/ Kail J. Jethmalani*
Kail J. Jethmalani (Bar No. 5352307NY)
Axinn, Veltrop & Harkrider LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Telephone: (212) 728-2200
kjethmalani@axinn.com

Jarod G. Taylor (*pro hac vice*)
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
jtaylor@axinn.com

John W. Grimm (Bar No. 34824MO)
The Limbaugh Firm
407 N Kingshighway St. #400
Cape Girardeau, MO 63701
Telephone: 573-335-3316
jgrimm@limbaughlaw.com

*Counsel for Plaintiffs Tyson Foods, Inc. and Tyson Chicken, Inc.*


By: */s/ Brandon J.B. Boulware*
Brandon J.B. Boulware (Bar No. 54150MO)
Jeremy M. Suhr (Bar No. 60075MO)
1600 Genessee, Suite 956A
Kansas City, MO 64102
Telephone: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

*Counsel for Defendants Skaggs Bros & Sons Farms LLC, Eli Skaggs, and Melissa Skaggs*

2