UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TYSON FOODS, INC. and TYSON, CHICKEN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELIJAH (ELI) SKAGGS, MELISSA SKAGGS, SKAGGS BROS & SONS FARMS LLC, and DOES #1-6. <br><br> Defendant. | Case No.: 1:24-cv-00150-SEP |

## ORDER OF PARTIAL DISMISSAL

**IT IS HEREBY ORDERED** that Plaintiff's claims against Elijah (Eli) Skaggs, Melissa Skaggs, and Skaggs Bros & Sons Farm LLC are **DISMISSED with prejudice** and Elijah (Eli) Skaggs, Melissa Skaggs, Skaggs Bros & Sons Farm LLC are **DISMISSED** from this action.

Dated this 8th day of October, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE